# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-811-368**

**Effective date of registration:**

December 12, 2011

## Title
- **Title of Work:** Wine Glass Design

## Completion/Publication
- **Year of Completion:** 2006
- **Date of 1st Publication:** August 31, 2006
- **Nation of 1st Publication:** United States

## Author
- **Author:** Chris's Stuff, Inc.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Chris's Stuff, Inc.
  12914 Venice Blvd., Venice, CA, 90066, United States

## Certification
- **Name:** Chris Murphy
- **Date:** November 28, 2011
- **Applicant's Tracking Number:** 72278-3001

