# *-APPLICATION-*

## Title

**Title of Work:** Four Wine Glasses

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 30, 2006          **Nation of 1st Publication:** United States

## Author

■          **Author:** Chris's Stuff, Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris's Stuff, Inc.

4943 McConnell Avenue, Suite H, Los Angeles, CA, 90066, United States

## Rights and Permissions

**Organization Name:** Chris's Stuff, Inc.

**Address:** 4943 McConnell Avenue

Suite H

Los Angeles, CA 90066  United States

## Certification

**Name:** Chris Murphy

**Date:** July 7, 2014

**Applicant's Tracking Number:** 72278-3023

Exhibit C - Page 18 Page 1 of 1

**Registration #:**

**Service Request #:**  1-1569587713

**Priority:**  Routine                    **Application Date:**  July 7, 2014 12:45:47 PM

Correspondent  _____

**Organization Name:** Jeffer Mangels Butler & Mitchell LLP

**Name:** Brennan C. Swain

**Email:** trademarkdocket@jmbm.com                    **Telephone:** 310-203-8080

**Address:** 1900 Avenue of the Stars, 7th Floor
            Los Angeles, CA 90067 United States
                                                        **Fax:** 310-203-0567

Mail Certificate  _____

Jeffer Mangels Butler & Mitchell LLP
Brennan C. Swain
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067  United States

Exhibit C - Page 19

Exhibit C - Page 20