Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,375,155
Registered Jan. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Group Therapy

CHRIS'S STUFF, INC. (CALIFORNIA CORPORATION)
12914 VENICE BLVD
LOS ANGELES, CA 90066

FOR: CLOTHING, NAMELY, TOPS, T-SHIRTS, CAPS, APRONS, AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-129,138, FILED 3-13-2007.

JOHN KELLY, EXAMINING ATTORNEY